COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, McCullough and Senior Judge Bumgardner

VIRGINIA HOSPITAL CENTER AND
  SAFETY NATIONAL CASUALTY CORP.

v.      Record No. 0959-14-4

FAUSTINE COOPER

MEMORANDUM OPINION[*]
PER CURIAM
SEPTEMBER 16, 2014

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Lynn McHale Fitzpatrick; Brandi R. Howell; Franklin &
Prokopik, P.C., on brief), for appellants.

(Gerald G. Lutkenhaus, on brief), for appellee.

Virginia Hospital Center and its insurer (collectively "employer") appeal from an April

22, 2014 decision of the Workers' Compensation Commission finding that bilateral knee

replacement surgeries recommended by Faustine Cooper's treating physician were causally

related to her February 24, 2010 compensable injury. On appeal, employer contends the

commission erred by finding the recommended surgery was causally related to Cooper's injury.

Upon reviewing the record and the parties' briefs, we conclude that this appeal is without

merit. Accordingly, we summarily affirm the commission's decision. Rule 5A:27. We affirm

for the reasons stated by the commission in its final opinion. See Cooper v. Virginia Hosp. Ctr,

JCN VA00000241536 (Apr. 22, 2014). We dispense with oral argument and summarily affirm

because the facts and legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.